■      In the Matter of the Estate of HENRY MULLER, JR., Deceased. HENRY MUELLER, III, as Executor of HENRY MULLER, JR., Deceased, Appellant-Respondent; EDWIN G. MULLER, Respondent-Appellant

891

Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.